**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Robert Keith SIGLER, Defendant-Appellant.**

**No. 71–2110.**

United States Court of Appeals, Ninth Circuit.

Dec. 29, 1972.

---

**1192**

UNITED STATES of America,
Appellee,

v.

Martha Goldin (argued), Alan Saltz-man, of Saltzman & Goldin, Hollywood, Cal., for defendant-appellant.

David H. Fox, Asst. U. S. Atty. (argued), Eric A. Nobles, Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., for plaintiff-appellee.

Before CHAMBERS, MERRILL, KOELSCH, BROWNING, DUNIWAY, ELY, HUFSTEDLER, WRIGHT, TRASK, CHOY, GOODWIN and WALLACE, Circuit Judges.

PER CURIAM:

This appeal is taken from a conviction for failure to report for civilian employment (in lieu of military service) in violation of 50 U.S.C.App. § 462. The determinative question upon appeal is whether appellants' local board properly gave consideration to his claim for a I–Y (physical disability) classification.

Here, as in United States v. Cantero, 471 F.2d 1190 (9th Cir. 1972), the opinion in which is filed this day, appellant presented a prima facie case for I–Y classification by reason of bronchial asthma. Here, as in *Cantero*, the board itself gave no consideration to the claim, deferring instead to the judgment of the Armed Forces Examining and Entrance Station.

For the reasons set forth in *Cantero*, reversal is required under United States v. Miller, 455 F.2d 358 (9th Cir. 1972).

Reversed.